IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF WISCONSIN

| | |
|---|---|
| SANGER POWERS, ROBERT LEGG, JENNIFER McCREARY, BETTY OWEN, And LYDIA POSTOLOWSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FILTERS FAST, LLC, a North Carolina corporation, <br><br> Defendant. | Case No. 3:20-cv-00982-jdp |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Sanger Powers, Robert Legg, Jennifer McCreary, Betty Owen, and Lydia Postolowski, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") respectfully move this Court for the entry of the proposed Preliminary Approval Order submitted herewith, which seeks the preliminary approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as defined therein. In support of this request, Plaintiffs state and present the following:

1. The terms of the Settlement are set forth in the Settlement Agreement and Release dated June 15, 2021, attached as Exhibit 1 to Plaintiffs' Memorandum of Law in Support of Their Unopposed Motion for Preliminary Approval of the Class Action Settlement (the "Memorandum"), filed contemporaneously herewith.

1

2. The relief sought in this Motion is supported by: the Declaration of William B. Federman, attached as Exhibit 2 to the Memorandum; and Plaintiffs' Memorandum of Law in Support of Their Unopposed Motion for Preliminary Approval of the Class Action Settlement.

3. Defendant, Filters Fast, LLC does not oppose the relief requested in this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Order Conditionally Certifying a Settlement Class, Granting Preliminary Approval of the Class Action Settlement, Approving the Form and Manner of Notice, and Scheduling a Final Approval Hearing.

Dated: July 2, 2021                                    Respectfully submitted,

/s/*William B. Federman*
William B. Federman, *admitted pro hac vice*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Shpetim Ademi
John D. Blythin
**Ademi LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: 414-482-8000
Fax: 414-482-8001
sademi@ademilaw.com

David Lietz (*pro hac vice* application forthcoming)
DC Bar No. 430557
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Tel.: (202) 640-1160
dlietz@masonllp.com

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2021, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on the following ECF-registered counsel of record.

                                              */s/ William B. Federman*
                                              William B. Federman