IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF WISCONSIN

| | |
|---|---|
| SANGER POWERS, ROBERT LEGG, JENNIFER McCREARY, BETTY OWEN, and LYDIA POSTOLOWSKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>FILTERS FAST, LLC, a North Carolina corporation,<br><br>      Defendant. | CASE NO. 3:20-cv-00982-jdp |

**PLAINTIFFS' SECOND RENEWED AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23 and this Court's Order Granting Preliminary Approval of the Class Action Settlement, Plaintiffs Sanger Powers, Robert Legg, Jennifer McCreary, Betty Owen, and Lydia Postolowski, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), respectfully renew their request and move this Court for final approval. In support of this request, Plaintiffs state and present the following:

1.    The terms of the Settlement are set forth in the Settlement Agreement and Release, at ECF No. 35-1.

2.    The relief sought in this Motion is supported by:

    a.  the Supporting Declaration of David Lietz filed contemporaneously with this motion;

    b.  the Second Supplemental Declaration of Matthew Neylon of Kroll Settlement Administration LLC in Support of Final Approval, filed herewith

    c.  the Declaration of William B. Federman filed with Plaintiffs' Unopposed and Renewed Motion for Approval of Attorneys' Fees, Costs, and Service Awards, at ECF 59-1;

    d.   the Declaration of David Lietz filed with Plaintiffs' Unopposed and Renewed Motion for Approval of Attorneys' Fees, Costs, and Service Awards, at ECF 59-2;

    e.   the Declaration of Matthew Neylon of Kroll Settlement Administration LLC in Support of Final Approval, filed as ECF No. 53;

    f.   the Supplemental Declaration of Matthew Neylon of Kroll Settlement Administration LLC in Support of Final Approval, filed at ECF 57;

    g.   Plaintiffs' Unopposed Motion to Amend Preliminary Approval Order and Memorandum in Support, filed at ECF 66;

    h.   the Declaration of James R. Prutsman, MBA, in Response to the Court's Order Regarding Notice, and;

    i.   Plaintiffs' Memorandum of Law in Support of Their Second Renewed Motion for Final Approval of Class Action Settlement.

3.    Plaintiffs have submitted a proposed Final Order and a proposed Final Judgment herewith ("Final Approval").

4.    Defendant Filters Fast LLC ("Defendant") does not oppose the relief requested in this Motion and consents to entry of the proposed Final Approval.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order filed herewith.

- 3 -

Dated: July 1, 2022                                  Respectfully submitted,

/s/ *David K. Lietz*
David K. Lietz (admitted *pro hac vice*)
DC Bar No. 430557
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
5335 Wisconsin Avenue NW, Suite 440
Washington, DC 20015
Tel.: (866) 252-0878
Fax: (202) 686-2877
dlietz@milberg.com

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel.: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Shpetim Ademi
John D. Blythin
**Ademi LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel.: (414) 482-8000
Fax: (414) 482-8001
sademi@ademilaw.com

*Counsel for Plaintiffs and the Putative Class*

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 1, 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on the following ECF-registered counsel of record.

/s/ *David K. Lietz*
David K. Lietz (admitted *pro hac vice*)