# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT COURT OF WISCONSIN

SANGER POWERS, ROBERT LEGG, JENNIFER McCREARY, BETTY OWEN, and LYDIA POSTOLOWSKI, individually and on behalf of all others similarly situated,

        Plaintiffs,

      v.

FILTERS FAST, LLC, a North Carolina corporation,

        Defendant.

CASE NO. 3:20-cv-00982-jdp

## SECOND DECLARATION OF DAVID K. LIETZ IN SUPPORT OF PLAINTIFFS' SECOND RENEWED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

I, David K. Lietz, being competent to testify, make the following declaration:

1.      The contemporaneous time records of my law firms (both present and former) for work performed on and after February 21, 2022 (which is the work on this matter after the time reflected in the time records previously submitted) are attached to this declaration.

2.      The contemporaneous time records of Mason Lietz & Klinger are attached as Exhibit A, and are true and accurate.

3.      The contemporaneous time records of Milberg Coleman Bryson Phillips Grossman are attached as Exhibit B, and are true and accurate.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Washington, D.C. on this 14th day of July, 2022.

/s/ David Lietz
David Lietz (*admitted pro hac vice*)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@masonllp.com

*Attorney for Plaintiffs and the Class*

2