# EXHIBIT A

*Contemporaneous Time Records of Mason Lietz & Klinger*

# (FILED UNDER SEAL)















