IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANGER POWERS, ROBERT LEGG,
JENNIFER McCREARY, BETTY OWEN,
and LYDIA POSTOLOWSKI,
individually and on behalf of all others
similarly situated,

               Plaintiffs,

v.

FILTERS FAST, LLC,

               Defendant.

JUDGMENT

20-cv-982-jdp

1.    All Parties to this Action, and all Settlement Class Members, are bound by the Settlement and by this Judgment. The following individuals opted out of the class and are not bound by the Settlement or by this Judgment: Allen Broadhead, David Mannion, Walter Cheechov, Needham Jones, Russell Woodson, Bryan Rubingh, Neil Gary, Larry Peck, Lisa Dettling, and Antoine Martin.

2.    Judgment is entered dismissing the Action with prejudice.

3.    As of the Effective Date of the Settlement, the members of the class, each on behalf of themselves individually and on behalf of their respective heirs, assigns, beneficiaries, and successors, shall automatically be deemed to have fully and irrevocably released and forever discharged Filters Fast and each of its present and former parents, subsidiaries, divisions, affiliates, predecessors, successors, and assigns, and the present and former directors, officers, employees, agents, insurers, shareholders, attorneys, advisors, consultants, representatives, partners, joint venturers, independent contractors, wholesalers, resellers, distributors, retailers, predecessors, successors, and assigns of each of them, of and from any

and all liabilities, rights, claims, actions, causes of action, demands, damages, penalties, costs, attorneys' fees, losses, and remedies, whether known or unknown, existing or potential, suspected or unsuspected, liquidated or unliquidated, legal, statutory, or equitable, that result from, arise out of, are based upon, or relate to the facts of this case that were or could have been alleged in this case, including, without limitation, any claims, actions, causes of action, demands, damages, penalties, losses, or remedies relating to, based upon, resulting from, or arising out of (1) the data breach of the Filters Fast website between July 15, 2019, and July 10, 2020, (2) the theft, exposure, or disclosure of Settlement Class Members' Personal Information; (3) Filters Fast's maintenance or storage of Settlement Class Members' Personal Information, if any; (4) Filters Fast's information security policies and practices; (5) Filters Fast's response to the data breach; or (6) Filters Fast's notice of the data breach to Settlement Class Members.

4. Class Counsel are awarded attorneys' fees, costs and expenses in the amount of $320,000, and each of the Settlement Class Representatives is awarded $2,500 as a Service Award.

5. At any time after entry of this Final Judgment, the Settlement Agreement may, with approval of the Court, be modified by written agreement of Filters Fast's counsel and Class Counsel in their discretion without giving any additional notice to the Settlement Class, provided that such modifications do not limit the rights of the Settlement Class Members under the Settlement Agreement.

6. This judgment incorporates the parties' Settlement Agreement. Without affecting the finality of this Final Judgment, the Court will retain jurisdiction over the subject matter and the Parties with respect to the interpretation and implementation of the

Settlement Agreement for all purposes, including enforcement of any of its terms at the request of any Party and resolution of any disputes that may arise relating in any way to, or arising from, the implementation of the Settlement Agreement or the implementation of this Final Judgment.

Approved as to form this 22ND day of July, 2022.

_____
James D. Peterson
District Judge

_____  July 22, 2022
Joel Turner, Clerk of Court           Date

3